FILED
AUG 19 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT |
| Plaintiff, | |
| v. | CASE NO. 5:25 CR 00406 |
| PEDRO DE LEON HERNANDEZ, | Title 18, Unites States Code, Sections 1015(e), 1028A(a)(1), 1546(a); Title 42, United States Code, Section 408(a)(7)(B) |
| Defendant. | |

JUDGE CALABRESE

COUNT 1
(False Claim to U.S. Citizenship to Engage Unlawfully in Employment,
18 U.S.C. § 1015(e))

The Grand Jury charges:

1. From on or about July 10, 2023, continuing to on or about August 6, 2025, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant PEDRO DE LEON HERNANDEZ, knowingly made a false statement and claim that he was, or at any time had been, a citizen and national of the United States, with the intent to engage unlawfully in employment in the United States, in violation of Title 18, United States Code, Sections 1015(e).

COUNT 2
(Unlawful Use of Identification Documents, 18 U.S.C. § 1546(a))

The Grand Jury further charges:

2. From on or about July 10, 2023, continuing to on or about August 6, 2025, the exact dates unknown to the grand jury, in the Northern District of Ohio, Eastern Division, Defendant PEDRO DE LEON HERNANDEZ, knowingly uttered and used documents

prescribed by statute or regulation as evidence of authorized stay or employment in the United States, that is, a social security card bearing an account number with the last four digits "1940," which account number was assigned to another person whose identity is known to the grand jury, which document Defendant knew had been forged, counterfeited, falsely made and otherwise unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

COUNT 3
(Misuse of Social Security Number, 42 U.S.C. § 408(a)(7)(B))

The Grand Jury further charges:

3. From on or about July 10, 2023, continuing to on or about August 6, 2025, in the Northern District of Ohio, Eastern Division, Defendant PEDRO DE LEON HERNANDEZ, for the purpose of gaining employment, knowingly and with the intent to deceive, falsely represented a social security account number with the last four digits "1940" to be the social security account number lawfully assigned to him by the Commissioner of Social Security, when in fact such social security account number had not been assigned to him by the Commissioner of Social Security, in violation of Title 42, United States Code, Section 408(a)(7)(B).

COUNT 4
(Aggravated Identity Theft, 18 U.S.C. § 1028A(a)(1))

The Grand Jury further charges:

4. The factual allegations contained in Counts 1, 2 and 3 of this Indictment are re-alleged and incorporated by reference as if stated fully herein.

5. From on or about July 10, 2023, continuing to on or about August 6, 2025, in the Northern District of Ohio, Eastern Division, Defendant PEDRO DE LEON HERNANDEZ, did knowingly use, without lawful authority, a means of identification of K.D., to wit: a social security card, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to

wit: False Claim to U.S. Citizenship to Engage Unlawfully in Employment, in violation of Title 18 United States Code, Section, 1015(e); Unlawful Use of Identification Documents, in violation Title 18 United States Code, Section 1546(a); and Misuse of Social Security Number, in violation of Title 42, United States Code, Section 408(a)(7)(B), as alleged in Counts 1, 2 and 3, knowing that the means of identification belonged to another actual person whose identity is known to the grand jury, in violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.